SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson,<br><br>         Plaintiff,<br><br>    v.<br><br>Shirley L. Jones, et al.,<br><br>         Defendants. | Case No. **2:12-cv-01203-MCE-AC**<br><br>**ORDER RE: STIPULATION FOR DISMISSAL** |

    Pursuant to the parties' stipulation, IT IS SO ORDERED that the above-entitled action is hereby DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A).

    The Clerk of the Court is directed to close this case.

Dated:  July 2, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT